# Exhibit B

## LEASES TO BE REJECTED

| Counter-Party | Nature of Contract |
|---|---|
| Advanced Data Systems Corporation | Medical billing services agreement |
| First Data Commercial Services Corp. | Lease of credit card processing machine |
| Hilyard's Business Solutions | Service and supply agreement for copier |
| InfoBionic | Lease of MoMe Kardia System |